No. 1088, Misc. MINK *v.* PARKE, DAVIS & CO. ET AL. Sup. Ct. Mich. Certiorari denied. *Earl R. Boonstra* for respondent Upjohn Co.; and *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Solomon H. Bienenfeld,* Assistant Attorney General, for respondent Michigan Corrections Department.

No. 1112, Misc. DAVANEY *v.* FIELD, MENS COLONY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.

No. 1123, Misc. CRANE *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied. *Norman H. Anderson,* Attorney General of Missouri, and *Gerald L. Birnbaum,* Assistant Attorney General, for respondent.

No. 1144, Misc. ALLRED ,*v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. *Julian E. Savage* for petitioner. *Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 1198, Misc. HOBBS *v.* FRYE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 1231, Misc. JACK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1262, Misc. KOZUCK ET UX. *v.* LAL CONSTRUCTION Co. Sup. Ct. N. J. Certiorari denied.